## William G. HARDEN, Petitioner–Appellant,

v.

## Willie EAGLETON, Warden, Evans Correctional Institution; South Carolina Department of Corrections; Attorney General of the State of South Carolina, Respondents–Appellees.

### No. 00–7305.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

William G. Harden, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William G. Harden appeals from the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (1994) petition without prejudice. Because Harden does not challenge the district court's disposition and because his request for enforcement was not presented to the district court, we affirm the district court's order. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the district court and argument would not aid the decisional process.

*AFFIRMED.*